BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

**FILED**

OCT 0 7 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br>8524 Florin Road,<br>2004 Michigan Boulevard,<br>3541 Sun Maiden Way<br>910 Striker Avenue, Suite B<br>950 Riverside Parkway, Suite 70<br>23526 Rosewood Road<br>1900 Danbrook Drive, Unit #1611<br>28 W. Main Street<br>1240 Stags Leap Road<br>5542 E. Kings Canyon Road<br>1515 N. Willow Avenue | 2:13-SW-0662 CKD<br><br>**SEALING ORDER**<br><br>**UNDER SEAL** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the files in the above-captioned matters be, and are, hereby ordered sealed until further order of this Court.

DATED: October 7, 2013

_____
Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE